# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CONNIE ELLEN HORNUNG,

    Plaintiff,

v.                                  CASE NO. 3:19cv166-MCR-HTC

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 6, 2020, ECF No. 12, which recommends the decision of the Commissioner be reversed. The parties were given time to file objections to the Report and Recommendation.

Having considered the Report and Recommendation and any duly filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation, ECF No. 12, is adopted and incorporated by reference in this Order.

(2) The decision of the Commissioner is REVERSED, and this matter is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this order and the report and recommendation.

(3) The clerk is directed to enter judgment in favor of the Plaintiff and close the file.

**DONE AND ORDERED** this 3rd day of September 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:19cv166-MCR-HTC