UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CONNIE ELLEN HORNUNG,

    Plaintiff,

v.                                     CASE NO. 3:19cv166-MCR-HTC

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.
_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 29, 2020. ECF No. 18. The parties were furnished with a copy of the Report and Recommendation and afforded an opportunity to file an objection pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 18, is adopted and incorporated by reference in this Order.

2. Plaintiff's Motion for Attorney's Fees, ECF No. 15, is DENIED.

**DONE AND ORDERED** this 1st day of February 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**